**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**RAFAEL SOLANO,**

                          **Plaintiff,**

     **v.**                                                          **NOTICE OF**
                                                                     **MOTION**
**CITY OF SCHENECTADY,**                                              **08-CV-1090 GLS/RFT**
**ERIC HESCH, SEAN CLIFFORD and**
**STEVEN SHELDON,**

                          **Defendants.**

---

PLEASE TAKE NOTICE that upon the attorney affidavit of Warren Redlich, duly sworn to the 30th day of November, 2009, together with the exhibits included in this motion and all pleadings in this matter, Plaintiff hereby moves this Court before the Honorable Gary L. Sharpe at the United States District Court for the Northern District of New York, 445 Broadway, Albany, New York, on the 7th day of January, 2010, at 9:00 a.m. for an Order granting summary judgment to the Plaintiffs as against Defendants pursuant to Rule 56 of the FRCP, and granting such other and further relief and this Court deems just and proper.

                              Respectfully submitted,


                    By:     s/_____
                            Warren Redlich, 104470
                            Attorney for the Plaintiff
                            255 Washington Ave. Ext. #108
                            Albany, NY 12205
                            888-733-5299

Dated:  November 30, 2009, Albany, New York

To:     L. John Van Norden, Esq.
        Attorney for the Defendants (by ECF)